# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HOUSTON CLAY HAMILTON**                                                         **PETITIONER**

VS.                          **NO. 3:16-CV-290-JM-BD**

**LARRY MILLS**                                                                           **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. The Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Houston Clay Hamilton's petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED, this 14th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE